TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Anthony Paronich, admitted *pro hac vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>C.A.G. Credit and Business Services and Alan Hayon[1]<br><br>Defendants. | Case No. 2:19-cv-01737-JZB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Sidney Naiman and Defendants C.A.G. Credit and Business Services and Alon Hayon ("Defendants") (together, the "Parties") by and through their respective

---

[1] Defendants' response identifies this individual as Alon Hayon.

counsel write to advise the Court that the parties have tentatively reached a settlement in this matter and intend to file a Stipulation of Dismissal by July 5, 2019.

IT IS SO STIPULATED

By: /s/ *Anthony I. Paronich*  
    Anthony I. Paronich  
    Attorney for Plaintiff

By: /s/ *Amber D. Reece*  
    Amber D. Reece  
    Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

By: /s/ *Anthony I. Paronich*