Stephen Bressler
**LEWIS ROCA ROTHGERBER LLP**
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595
State Bar No. 009032
(602) 262-5747 – Facsimile
SBressler@lrrc.com
(602) 262-5311 – Telephone

Amber D. Reece (*Pro Hac Vice*)
**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
Texas Bar No. 24079892
(214) 939-2090 – Facsimile
amber.reece@figdav.com
(214) 939-2000 – Telephone

**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of a class of all persons and entities similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:19-cv-01737-PHX-SPL<br>)<br>) |
| vs. | ) **JOINT STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE** |
| C.A.G. CREDIT AND BUSINESS SERVICES and ALON HAYON, | )<br>)<br>) |
| Defendants. | )<br>) |

Plaintiff, Sidney Naiman, and Defendants, C.A.G. Credit and Business Services and Alon Hayon, (together, the "Parties"), announce to the Court that the matters in controversy between them have been settled and that the consideration therefore has been paid in full and received. In accordance with the agreement between the Parties, Plaintiff and Defendants stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein, including all counterclaims and third-party claims, are DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees and costs will be borne by the party incurring them.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Anthony I. Paronich | /s/ Amber D. Reece |
| Anthony I. Paronich | Amber D. Reece |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

/s/ Amber D. Reece
Amber D. Reece
*Attorney for Defendants*