IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman,<br><br>           Plaintiff,<br><br>vs.<br><br>C.A.G. Credit and Business Services, et al.,<br><br>           Defendants. | No. CV-19-01737-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 18) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall **terminate** this action.

Dated this 14th day of June, 2019.

_____
Honorable Steven P. Logan
United States District Judge